UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IGF INSURANCE COMPANY, et al.,                )<br>                                                                      )<br>           Plaintiff,                                        )<br>                                                                      )<br>     vs.                                                         )<br>                                                                      )<br>CONTINENTAL CASUALTY                       )<br>COMPANY, an Illinois Insurance              )<br>Corporation,                                              )<br>                                                                      )<br>           Defendant,                                     )<br>_____)<br>CONTINENTAL CASUALTY                       )<br>COMPANY, and 1911 CORP.,                    )<br>                                                                      )<br>           Counterplaintiffs and                     )<br>           Third-Party Plaintiffs,                    )<br>                                                                      )<br>     vs.                                                         )<br>                                                                      )<br>IGF INSURANCE COMPANY, IGF           )<br>HOLDINGS, INC., and SYMONS             )<br>INTERNATIONAL GROUP, INC.             )<br>                                                                      )<br>           Counterdefendants,                       )<br>                                                                      )<br>     and                                                        )<br>                                                                      )<br>GORAN CAPITAL, INC., GRANITE       )<br>REINSURANCE COMPANY, LTD.,       )<br>SUPERIOR INSURANCE COMPANY,  )<br>PAFCO GENERAL INSURANCE           )<br>COMPANY, ALAN SYMONS, DOUGLAS )<br>SYMONS, and G. GORDON SYMONS,   )<br>           Third Party Defendants.                 ) | 1:01-cv-799-RLY-KPF |

# ORDER ON CONTINENTAL CASUALTY COMPANY'S AND 1911 CORP.'S NOTICE OF LIFTING STAY AND REQUEST FOR ENTRY OF REVISED CASE MANAGEMENT PLAN

Continental Casualty Company and 1911 Corp. ("CCC") move to lift the stay of this case and request the entry of a new Case Management Plan.  Third-Party Defendants Alan Symons, Douglas Symons, Goran Capital, Inc., and Granite Reinsurance Company, Ltd. oppose CCC's motion on grounds that two stays are still in effect which require this entire action be stayed.  They are: (1) the August 29, 2003 stay entered by the Circuit Court for the Second Judicial Circuit, Leon County, Florida, pursuant to Section 631.041(1) of the Florida Statutes, Case No. 2003-CA-1979; and (2) the July 2, 2004 automatic stay that resulted from Douglas Symons's filing of a Voluntary Petition under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Indiana, Cause No. 04-12067.  For the reasons explained below, the court finds the stay should be lifted as to all parties except Douglas Symons and Superior Insurance Company.

The Bankruptcy Stay applicable to Douglas Symons applies only to a "proceeding against the debtor or to recover a claim against the debtor. . . ." 11 U.S.C. § 362(c).  The Florida Statute Section applicable to Superior Insurance Company, Section 631.041(1), prohibits a "proceeding against the insurer or against its assets or any part thereof. . . ."  Thus, the stays currently in effect against Douglas Symons and against Superior Insurance Company are applicable in this proceeding only as to Douglas Symons and Superior Insurance Co., but not against the remaining parties in this action, namely IGF

2

Holdings, Symons International Group, Inc., Goran Capital, Inc., Granite Reinsurance Company, Ltd., Gordon Symons, and Alan Symons.  Accordingly, CCC's Notice to Lift Stay and Request for Entry of Revised Case Management Plan is **GRANTED**.  The court orders the parties to schedule a conference with Magistrate Judge Foster on or before November 1, 2005.

**SO ORDERED** this  7th   day of October 2005.

                                   RICHARD L. YOUNG, JUDGE
                                   United States District Court
                                   Southern District of Indiana

Electronic Copies to:

Robert M. Baker III
HOOVER HULL BAKER & HEATH LLP
rbaker@hooverhull.com

James Scott Fanzini
HOOVER HULL BAKER & HEATH LLP
jsfanzini@hhbhlaw.com

James A. Hardgrove
SIDLEY AUSTIN BROWN & WOOD LLP
jhardgrove@sidley.com

John David Hoover
HOOVER HULL BAKER & HEATH LLP
jdhoover@hooverhull.com

Jeffrey L. McKean
WOODEN & MCLAUGHLIN LLP
jmckean@woodmaclaw.com

Robert L. McLaughlin
WOODEN & MCLAUGHLIN LLP
rmclaughlin@woodmaclaw.com

Theodore Lee Nicholas
LEWIS & WAGNER
tnicholas@lewiswagner.com

Michael Eugene Simmons
HUME SMITH GEDDES GREEN & SIMMONS
msimmons@humesmith.com

Robert Francis Wagner
LEWIS & WAGNER
rwagner@lewiswagner.com

Copies to:

Robert N. Hermes
BUTLER RUBIN SALTARELLI & BOYD
1800 Three First National Plaza
70 West Madison Street
Chicago, IL 60602

Magistrate Judge Foster